**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Neutraderm, Inc.** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081336 | $254,142.93 | 12/5/2019 | I36980 | 11/11/2019 | $261,975.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081336 | $254,142.93 | 12/5/2019 | I36330 | 10/8/2019 | $6,846.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080463 | $86,250.00 | 10/3/2019 | I36717 | 9/27/2019 | $43,125.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080463 | $86,250.00 | 10/3/2019 | I36716 | 9/27/2019 | $43,125.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320P | $44,851.50 | 9/26/2019 | I36684A | 9/24/2019 | $1,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320P | $44,851.50 | 9/26/2019 | I36684 | 9/26/2019 | $43,351.50 |

**Totals:** **3 transfer(s),** **$385,244.43**